**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

JAMES W. JAMES,

                Plaintiff(s),         No. C 09-05149 MEJ

  v.

THE UNITED STATES OF AMERICA,     **ORDER CONTINUING CMC AND RELATED DEADLINES**

                Defendant(s).
_____/

    This case is currently scheduled for a Case Management Conference on February 4, 2010. However, as the defendants were only recently served, the Court hereby CONTINUES the Case Management Conference to March 11, 2010.  All case management deadlines, including ADR, meet and confer, and joint statement requirements, shall be adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: January 27, 2010

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES W. JAMES et al,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV09-05149 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. James
15355 Bittern Court
San Leandro, CA 94579

Dated: January 27, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2