**UNITED STATES  DISTRICT COURT**

Northern District of California

JAMES W. JAMES,

                Plaintiff(s),

     v.

THE UNITED STATES OF AMERICA,

                Defendant(s).

_____/

No. C 09-05149 MEJ

**ORDER CONTINUING CMC**

    This matter is currently scheduled for a case management conference on March 11, 2010.
However, upon review of the docket, the Court notes that the defendants have made no appearance
and, although a summons was issued on December 18, 2009, there is no indication that it has been
served by the U.S. Marshal Service.  To allow time for service and the defendants' responsive
filings, the Court hereby CONTINUES the case management conference to May 6, 2010 in
Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  All case
management deadlines shall be adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: March 8, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**