UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES W. JAMES,<br><br>     Plaintiff(s),<br> v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>     Defendant(s).<br>_____/ | No. C 09-05149 MEJ<br><br>**ORDER REQUIRING U.S. MARSHAL TO COMPLETE SERVICE OF PROCESS FORTHWITH**<br><br>**ORDER CONTINUING CMC** |

On October 30, 2009, Plaintiff James W. James filed the above-captioned complaint, as well as an in forma pauperis application. On December 9, 2009, the Court granted Plaintiff's application and ordered the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint and case file upon the Defendants. (Dkt. #6.) On December 18, 2009, the Clerk of Court issued summons as to the named Defendants. (Dkt. #7.) However, since that time, there is no indication that Defendants have been served, the Clerk of Court has re-issued the summons, and the Court has had to continue the initial case management conference twice to allow for service of process. Accordingly, the Court hereby ORDERS the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint and case file upon the Defendants by May 20, 2010.

Further, to allow for service upon Defendants and to allow them time to respond, the Court hereby CONTINUES the case management conference, currently scheduled on May 6, 2010, to July 8, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 30, 2010

                    _____
                    Maria-Elena James
                    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. JAMES et al, | |
| Plaintiff, | Case Number: CV09-05149 MEJ |
| v. | **CERTIFICATE OF SERVICE** |
| THE UNITED STATES OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. James
15355 Bittern Court
San Leandro, CA 94579

Dated: April 30, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2