UNITED STATES DISTRICT COURT

Northern District of California

JAMES W. JAMES,

                Plaintiff(s),

   v.

THE UNITED STATES OF AMERICA,

                Defendant(s).
_____/

No. C 09-5149 MEJ

**ORDER TO SHOW CAUSE**

**ORDER VACATING CMC & HEARIN RE MOTION TO DISMISS**

On July 6, 2010, the Defendant in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 12, 2010. (Dkt. #16.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by July 22, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the August 12 hearing and case management conference and ORDERS Plaintiff James W. James to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by August 12, 2010, and the Court shall conduct a hearing on August 26, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 27, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES W. JAMES,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV09-05149 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. James
15355 Bittern Court
San Leandro, CA 94579

Dated: July 27, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk