UNITED STATES DISTRICT COURT

Northern District of California

JAMES W. JAMES,

                Plaintiff(s),

  v.

THE UNITED STATES OF AMERICA,

                Defendant(s).
_____/

No. C 09-5149 MEJ

**ORDER DISCHARGING OSC**

**ORDER RE MOTION TO DISMISS**

On July 27, 2010, the Court ordered Plaintiff James W. James to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Although Plaintiff has not responded directly to the osc, he has now filed an opposition to Defendant's pending motion to dismiss. Accordingly, the Court hereby DISCHARGES the order to show cause. Defendant shall file any reply to Plaintiff's opposition by August 12, 2010, and the Court shall conduct a hearing on Defendant's motion to dismiss on September 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1 NORTHERN DISTRICT OF CALIFORNIA

2

3 JAMES W. JAMES,

        Case Number: CV09-05149 MEJ

      Plaintiff,

4         **CERTIFICATE OF SERVICE**

  v.

5

THE UNITED STATES OF AMERICA et al,

6

      Defendant.

7                             /

8

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. James
15355 Bittern Court
San Leandro, CA 94579

Dated: August 2, 2010

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk