UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES W. JAMES,<br><br>        Plaintiff,<br>  v.<br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 09-5149 MEJ<br><br>**ORDER RE: SUPPLEMENTAL FILING (DKT. #17)** |

    In his Declaration, Dennis Bitz states that Plaintiff James W. James was informed by certified mail on April 22, 2009 that his administrative claim had been denied, and Bitz further declares that the notice is attached to his Declaration as Exhibit A. (Dkt. #17.) However, as filed, there is no attachment to the Bitz Declaration, and the Court is unable to locate Exhibit A elsewhere on the docket. Accordingly, Defendants are ORDERED to file the notice referred to as Exhibit A (and only the notice - no other filing, such as further legal arguments, shall be accepted) by September 8, 2010.

    **IT IS SO ORDERED.**

Dated: September 3, 2010

                                                                                                   _____
                                                                                 Maria-Elena James
                                                                                  Chief United States Magistrate Judge