UNITED STATES DISTRICT COURT

Northern District of California

JAMES W. JAMES,

               Plaintiff,

   v.

THE UNITED STATES OF AMERICA, et al.,

               Defendants.
_____/

No. C 09-5149 MEJ

**ORDER VACATING HEARING RE: DKT #16**

     This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on September 23, 2010. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the September 23 hearing. The Court shall issue an order forthwith.

     **IT IS SO ORDERED.**

Dated: September 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES W. JAMES,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV09-05149 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James W. James
15355 Bittern Court
San Leandro,  CA 94579

Dated: September 7, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2